# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THEODORE SCOTT, JR. : | |
|     Plaintiff : | |
| : | |
| v : | Civil Action No. CCB-05-2369 |
| : | |
| J. F. MOTZ : | |
|     Defendant : | |

o0o

## MEMORANDUM

The above-captioned civil rights complaint was filed on August 26, 2005, together with a motion to proceed in forma pauperis. Because he appears to be indigent, plaintiff's motion to proceed in forma pauperis shall be granted. For the reasons that follow the complaint must be dismissed.

The handwritten complaint is largely illegible: those portions that are legible are indecipherable as to meaning or context. In addition, plaintiff has filed this action against a judge.[1] Even if the allegations could be clarified through amendment, the claim is barred by the doctrine of judicial immunity and must be dismissed. *See Forrester v. White*, 484 U.S. 219, 226–27 (1988) ("If judges were personally liable for erroneous decisions, the resulting avalanche of suits, most of them frivolous but vexatious, would provide powerful incentives for judges to avoid rendering decisions likely to provoke such suits."). Accordingly, by separate order which follows, the complaint shall be dismissed without prejudice.

| | |
|---|---|
|   September 6, 2005   |       /s/       |
| Date | Catherine C. Blake |
| | United States District Judge |

---

[1] This is the second occasion that plaintiff, presently confined at the Baltimore City Detention Center, has attempted file a claim against Judge Motz. *See Scott v. Motz*, Civil Action CCB-05-1896 (D. Md. 2005).